IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROCK HALSEY,

    Plaintiff,                                  CV F 03 5956 AWI  WMW  P

  vs.                                       ORDER RE MOTION (DOC 52)

U.S. BUREAU OF PRISONS, et al.,

    Defendants.

      Plaintiff has filed a motion requesting that the court direct prison officials at the U.S. Penitentiary at Terra Haute to send to plaintiff certain legal materials. The sole defendant in this action is the United States of America. There are no individual defendants employed at USP Terra Haute in this action. The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court. Zepeda v. United States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983). Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied.

IT IS SO ORDERED.

1

1  **Dated:** **August 16, 2005**              **/s/  William M. Wunderlich**
   mmkd34                                      UNITED STATES MAGISTRATE JUDGE