IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROCK HALSEY,

    Plaintiff,                            CV F 03 5956 AWI  WMW  P

  vs.                                    ORDER RE MOTION (DOC 57)

U.S. BUREAU OF PRISONS, et al.,

    Defendants.

       Plaintiff has filed a motion requesting that he be transferred to a federal correctional facility in southern California.   Plaintiff has failed to comply with Local Rule 65-231(a) and (c).  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is stricken as procedurally defective.  IT IS FURTHER ORDERED that the Clerk's Office shall send to plaintiff a copy of Local Rule 65-231.

IT IS SO ORDERED.

**Dated:   August 16, 2005**                    **/s/  William M. Wunderlich**
mmkd34                                          UNITED STATES MAGISTRATE JUDGE