IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROCK HALSEY,

        Plaintiff,                               CV F 03 5956 AWI WMW P

    vs.                                       ORDER SUGGESTING
                                           DEATH UPON THE RECORD

U.S. BUREAU OF PRISONS, et al.,

        Defendants.

        Plaintiff is a federal prisoner proceeding pro se in a Federal Tort Claims action pursuant to 28 U.S.C. § 2671, et seq.

        On August 22, 2005, an order was served upon plaintiff, denying his motion for reconsideration. On September 2, 2005, the order was returned to the court from the U.S. Penitentiary at Terra Haute, indicating that plaintiff is deceased.

        Pursuant to Fed. R. Civ. P. 25(a)(1), successors or representatives of a deceased party may make a motion for substitution "not later than 90 days after the death is suggested upon the record" and continue the action. The court suggests death upon the record. Under

1

1  Rule 25(a)(1), unless a motion for substitution is made, "the action shall be dismissed as to the
2  deceased party." Absent such a statement, this case will be dismissed ninety days from the date
3  of service of this order.
4        IT IS SO ORDERED.
5  **Dated:   September 27, 2005**       **/s/  William M. Wunderlich**
   mmkd34                              UNITED STATES MAGISTRATE JUDGE