UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
ROCK HALSEY,                    )    1:03-cv-05956-AWI-WMW P
                                )
            Plaintiff,          )    ORDER
                                )
      v.                        )
                                )
UNITED STATES OF AMERICA,       )
                                )
            Defendant.          )
_____)
```

Defendants have requested that the dispositive motion deadline be extended to March 7, 2006.  Good cause appearing, IT IS HEREBY ORDERED that the dispositive motion deadline is extended to March 7, 2006.

IT IS SO ORDERED.

**Dated:   October 19, 2005**            **/s/  William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE