IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK HALSEY, | CV F 03 5956 AWI WMW P |
|     Plaintiff, | |
| | STIPULATION AND ORDER TO EXTEND DEADLINES FOR SUBSTITUTION FOR DECEASED PLAINTIFF AND DISPOSITIVE MOTIONS |
| A. BRADISH, et al., | |
|     Defendants. | |

    WHEREAS on or about August 10, 2005 Plaintiff Rock Halsey died while incarcerated at U.S.P. Terre Haute, Indiana;

    WHEREAS an Order Suggesting Death Upon the Record was served on Tracy Jordan, Plaintiff's sister, on or about September 29, 2005, providing 90 days for successors or representatives of the deceased party to make a motion for substitution;

WHEREAS Ms. Jordan has indicated that the Estate of Rock Halsey will be the appropriate successor to Plaintiff, but the Estate has not yet been approved by the probate court nor has an Executor of the Estate been appointed;

//

//

WHEREAS a hearing before the probate court is scheduled for January 19, 2006, at which time Ms. Jordan has indicated she will seek to be appointed Executrix of the Estate;

WHEREAS Defendant United States of America agrees to a 62-day extension, until February 27, 2006, of the deadline for substitution to provide sufficient time for the Estate of Rock Halsey to be formalized and for the appropriate successor to Plaintiff in this matter to be determined; and

WHEREAS the deadline for dispositive motions is currently set for March 7, 2006, and Defendant and Ms. Jordan agree that in light of Ms. Jordan's request to extend the deadline for substitution, the dispositive motion deadline should be extended 90 days to June 5, 2006;

IT IS HEREBY STIPULATED by and between Defendant and Ms. Jordan that with the approval of the Court:

(1) the deadline for successors or representatives of a deceased party to make a motion for substitution in this matter be extended to February 27, 2006; and

(2) the deadline for dispositive motions be extended to June 5, 2006.

DATED: December 21, 2005

By: ___/s/Tracy Jordan_____

2

```
                                          Tracy Jordan


    DATED:  December 21, 2005        McGREGOR W. SCOTT
                                     UNITED STATES ATTORNEY


                                     By:
                                         /s/ Kimberly A. Gaab_____
                                         Kimberly A. Gaab

                                     Attorneys for Defendant
                                     UNITED STATES OF AMERICA
```

IT IS HEREBY ORDERED THAT:

(1) the deadline for successors or representatives of a deceased party to make a motion for substitution in this matter shall be extended to February 27, 2006; and

(2) the deadline for dispositive motions shall be extended to June 5, 2006.

IT IS SO ORDERED.

**Dated:   January 5, 2006**              /s/  William M. Wunderlich
mmkd34                                    UNITED STATES MAGISTRATE JUDGE

3