IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROCK HALSEY,

      Plaintiff,                          CV F 03 5956 AWI WMW   P

  vs.                                  ORDER RE MOTIONS
                                       (DOCS 74, 75, 76, 78 )

U.S. BUREAU OF PRISONS, et al.,

      Defendants.

       Plaintiff is a former state prisoner proceeding pro se. Pending before the court are motions filed by plaintiff.

       On June 27, 2005, plaintiff filed a motion for a 6 month extension of time to complete discovery. On June 29, 2005, plaintiff filed a motion requesting the court to consider earlier letters that he had submitted to the court. On August 1, 2005, plaintiff filed a motion requesting the court to direct BOP officials to allow him additional time in the law library. On August 5, 2005, plaintiff filed a motion to compel discovery.

       On September 28, 2005, an order suggesting death upon the record was entered. On October 20, 2005, an order was entered, extending the time for the filing of dispositive motions. On January 6, 2006, a stipulation and order to extend deadlines for substitution for deceased plaintiff and the filing of dispositive motions.

In light of plaintiff's death and the impending substitution of counsel, the court finds the motions filed by plaintiff to be moot.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for discovery, law library access, and to review plaintiff's letters are denied as moot.

IT IS SO ORDERED.

**Dated:   February 21, 2006**             **/s/  William M. Wunderlich**
mmkd34                                     UNITED STATES MAGISTRATE JUDGE