UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK HALSEY,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CASE NO. 1:03-cv-05956-AWI-WMW P<br><br>STIPULATION TO EXTEND DEADLINE FOR SUBSTITUTION FOR DECEASED PLAINTIFF AND DISPOSITIVE MOTIONS; ORDER THEREON |

WHEREAS on or about August 10, 2005 Plaintiff Rock Halsey died while incarcerated at U.S.P. Terre Haute, Indiana;

WHEREAS an Order Suggesting Death Upon the Record was served on Tracy Jordan, Plaintiff's sister, on or about September 29, 2005, providing 90 days for successors or representatives of the deceased party to make a motion for substitution;

WHEREAS Ms. Jordan has indicated that the Estate of Rock Halsey will be the appropriate successor to Plaintiff, but the Estate has not yet been approved by the probate court nor has an Executor of the Estate been appointed;

WHEREAS a hearing before the probate court was initially scheduled for January 19, 2006, but has now been rescheduled for March 23, 2006, at which time Ms. Jordan has indicated

she will seek to be appointed Executrix of the Estate;

WHEREAS Defendant United States of America agrees to an additional 45-day extension, until April 13, 2006, of the deadline for substitution to provide sufficient time for the Estate of Rock Halsey to be formalized and for the appropriate successor to Plaintiff in this matter to be determined; and

WHEREAS the deadline for dispositive motions is currently set for June 5, 2006, and Defendant and Ms. Jordan agree that in light of the above extension, the deadline for dispositive motions should also be extended an additional 45 days to July 20, 2006;

IT IS HEREBY STIPULATED by and between the Defendant and Ms. Jordan that with the approval of the Court:

(1) the deadline for successors or representatives of a deceased party to make a motion for substitution in this matter be extended to April 13, 2006;

(2) the deadline for dispositive motions be extended to July 20, 2006.

DATED: February 22, 2006                     MUNGER, TOLLES & OLSON LLP


By:/s/ Shont E. Miller
        SHONT E. MILLER

Attorneys for Tracy Jordan

DATED: February 23, 2006                     UNITED STATES ATTORNEY'S OFFICE
                                             McGREGOR W. SCOTT
                                             KIMBERLY A. GAAB


By:/s/ Kimberly A. Gaab
        KIMBERLY A. GAAB

Attorneys for Defendant
UNITED STATES OF AMERICA

1 **ORDER**

2      IT IS HEREBY ORDERED THAT:

3      (1) the deadline for successors or representatives of a deceased party to make a motion for
4 substitution in this matter shall be extended until April 13, 2006;

5      (2) the deadline for dispositive motions shall be extended until July 20, 2006.

6 IT IS SO ORDERED.

7 **Dated:   February 27, 2006**          /s/  William M. Wunderlich
  j14hj0                                   UNITED STATES MAGISTRATE JUDGE