IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ROCK HALSEY,**

      **Plaintiff,**                          **CV F 03 5956 AWI WMW   P**

      vs.                                   **STIPULATION TO SUBSTITUTION OF PLAINTIFF AND DISMISSAL WITHOUT PREJUDICE**

**UNITED STATES OF AMERICA,**

      **Defendant.**

_____/

      WHEREAS on or about August 10, 2005 Plaintiff Rock Halsey died while incarcerated at U.S.P. Terre Haute, Indiana;

      WHEREAS an Order Suggesting Death Upon the Record was served on Tracy Jordan, Plaintiff's sister, on or about September 29, 2005, providing 90 days for successors or representatives of the deceased party to make a motion for substitution;

      WHEREAS Ms. Jordan and Defendant United States of America stipulated to and the Court approved an extension of the deadline for substitution until April 13, 2006;

      WHEREAS Ms. Jordan was appointed by an April 10, 2006 order of the Probate Court as Administrator of the Estate of Rocky Halsey (also known as

1  Rock Halsey) and Letters of Administration issued on April 11, 2006, copies of which are
2  attached as Exhibits A and B, respectively;
3     IT IS HEREBY STIPULATED by and between Ms. Jordan, as Administrator of
4  the Estate of Rocky Halsey, and Defendant that with approval of the Court:
5     (1) the Estate of Rocky Halsey be substituted as the plaintiff in this action; and
6     (2) the action be dismissed without prejudice pursuant to Federal Rule of Civil
7  Procedure 41(a)(1).

DATED: April 12, 2006

MUNGER, TOLLES & OLSON LLP

 AARON M. MAY
 SHONT E. MILLER
 GRANT A. DAVIS-DENNY

By: /s/Shont E. Miller
  Shont E. Miller

Attorneys for Tracy Jordan,
Administrator of the Estate of Rocky Halsey

DATED: April 12, 2006

UNITED STATES ATTORNEY'S OFFICE

McGREGOR W. SCOTT
KIMBERLY A. GAAB

By: /s/Kimberly A. Gaab
Kimberly A. Gaab

Attorneys for Defendant
UNITED STATES OF AMERICA

ORDER

IT IS HEREBY ORDERED THAT:

(1) the Estate of Rocky Halsey shall be substituted as the plaintiff in this action; and

(2) the action shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

**Dated:  April 23, 2006**                             /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE